THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREMAINE ALEXANDER, Appellant.

Submitted July 6, 2010; decided August 26, 2010

Motion for an extension of the time within which to apply for

permission to appeal pursuant to CPL 460.20 denied as unnecessary and motion papers treated as a timely CPL 460.20 application.